IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. <br><br> Plaintiffs, <br> vs. <br><br> VAN DER LAAN BROTHERS CONCRETE CONTRACTORS, INC., <br><br> Defendant. | CASE NO. 12 cv 7785 <br><br> JUDGE KENDALL |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by its attorney, David Whitfield, move this Honorable Court to enter Judgment against the Defendant and in support state:

1. Plaintiffs filed their complaint on September 28, 2012 seeking submission of fringe benefit reports and payment of any outstanding contributions.

2. The Plaintiffs filed a motion for summary judgment claiming $79,090.55 in amounts owed by the Defendant to the Plaintiffs on June 3, 2013.

3. The Court previously entered a Judgment granting Plaintiffs' summary judgment motion as to Van Deer Laan Brothers Concrete Contractors, Inc. liability for delinquent contributions, liquidated damages, interest, and reasonable attorney's fees. (Exhibit A)

4. The Defendant owes $9,885.17 for necessary and reasonable attorney fees and costs which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).

(Exhibit B, Exhibit C)

5. The Plaintiffs disclosed the total amount of attorney's fees and costs; as well as Plaintiffs' attorney's detailed billing to Defendant's attorney on November 18, 2013. Plaintiff's counsel informed Defendant's counsel of time sensitive nature of the fee petition via telephone on November 30, 2013 and December 10, 2013. (Exhibit D)

WHEREFORE, Plaintiffs pray that their motion for entry of Judgment be granted in the amount of $88,975.72.

                Respectively submitted,

                /s/ David Whitfield
                Attorney for Plaintiffs

David Whitfield
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# **EXHIBIT LIST**

<u>EXHIBIT A</u>
Judgment

<u>EXHIBIT B</u>
Sworn Declaration of David Whitfield

<u>EXHIBIT C</u>
Detailed Attorney's Fees

<u>EXHIBIT D</u>
Correspondence with Mark Gross